IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00368-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE SCOTT McKIM,

    Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT ONE

### 18 U.S.C. § 1001

On or about December 8, 2015, within the State and District of Colorado, defendant GEORGE SCOTT McKIM, willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely certifying a Statement in Support of Claim for Service Connection For Post-Traumatic Stress Disorder (PTSD), claiming that he witnessed certain traumatic events while deployed, and submitting said statement to the Department of Veterans Affairs in order to increase his PTSD and Individual Unemployability Benefits. Specifically, defendant GEORGE SCOTT McKIM's statement and representations therein were false because, as defendant GEORGE SCOTT McKIM then and there knew, he was not present when the

claimed traumatic events occurred.

All in violation of 18 U.S.C. § 1001.

                JASON R. DUNN
                United States Attorney

                By: *Martha A. Paluch*
                MARTHA A. PALUCH
                Assistant U.S. Attorney
                U.S. Attorney's Office
                1801 California St., Ste. 1600
                Denver, CO 80202
                Telephone: 303-454-0200
                Fax:  303-454-0406
                E-mail:  Martha.paluch@usdoj.gov
                Attorney for Government