| | |
|---|---|
| DEFENDANT: | GEORGE SCOTT McKIM |
| AGE/YOB: | 2/16/1973 (47) |
| COMPLAINT FILED? | _____ Yes  __X__ No<br><br>If Yes, MAGISTRATE CASE NUMBER _____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes __ No<br>If No, a new warrant is required | |
| OFFENSES: | Count One<br>18 U.S.C. § 1001, False Statement |
| LOCATION OF OFFENSE: | Denver, Colorado |
| PENALTY: | Count One<br>NMT 5 years' imprisonment and/or NMT $250,000 fine; NMT 3 years supervised release; $100 special assessment |
| AGENT: | Don Zirkle<br>Special Agent, Department of Veterans Affairs OIG |
| AUTHORIZED BY: | Martha A. Paluch<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

**will not** seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])

The statutory presumption of detention **is not** applicable to this defendant.