IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-CR-368-RM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

GEORGE SCOTT McKIM,

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

GEORGE SCOTT McKIM

    DATED at Denver, Colorado this 13th day of November, 2020.

Mark T. ~~Aaway~~

~~Michael L. Becker~~ Mark T. Savoy
Colorado Legal Defense Group. L.L.C.
4047 Tejon Street
Denver, CO 80211
303-222-~~0338~~ 0331

Mark
~~Michael~~@CLDG.legal

Primary CM/ECF E-mail Address