PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

[✓] **Original Notice**
**Date:** 11/17/2020
**By:** Camden Pommenville

[ ] **Notice of Disposition**
**Date:**
**By:**

**Defendant:** George Scott McKim
**Date of Birth:** 1973
**SSN:** SSN not available

**Case Number:** 20-cv368-RM1
**Place of Birth:** Pennsylvania, USA

**Notice of Court Order** (Order Date: 11/13/2020 )

[✓] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[✓] The above-named defendant surrendered passport number 552938509 and/or passport card number _____ to the custody of the U.S. District Court on 11/16/2020.

**NOTICE OF DISPOSITION**

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court