IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  20-cr-00368-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE SCOTT McKIM,

    Defendant.

_____

**JOINT MOTION FOR HEARING TO ACCEPT DEFERRED PROSECUTION AGREEMENT AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**
_____

    The parties have reached an agreement under which the government will defer prosecution of Defendant George Scott McKim for purposes of allowing him to demonstrate his good conduct.  In order to exclude time under the Speedy Trial Act, such agreement must be approved by the Court.  Tile 18, United States Code, Section 3161(h)(2) (2012).

    Accordingly, the parties respectfully request that they be allowed jointly to contact chambers to obtain a hearing date when the defendant and both counsel are available.

//

//

//

The parties will submit the proposed agreement to the Court prior to that hearing for its consideration.

| | |
|---|---|
| MICHAEL BECKER, ESQ. | JASON R. DUNN |
| Counsel for Defendant McKim | United States Attorney |
| | |
| By: *Michael Becker, Esq.* | By: *Martha A. Paluch* |
| MICHAEL BECKER | MARTHA A. PALUCH |
| COLORADO LEGAL | Assistant U.S. Attorney |
| DEFENSE GROUP, L.L.C. | U.S. Attorney's Office |
| 4047 Tejon Street | 1801 California St., Ste. 1600 |
| Denver, CO 80211 | Denver, CO 80202 |
| Telephone: 303-222-0330 | Telephone: 303-454-0200 |
| Fax: 303-222-0332 | Fax: 303-454-0406 |
| E-mail: michael@cldg.legal | E-mail: Martha.paluch@usdoj.gov |
| Attorney for Defendant McKim | Attorney for Government |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 23, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, that will send notification of such filing to all counsel of record.

.

                                     By: *Martha A. Paluch*_____
                                               MARTHA A. PALUCH
                                               Assistant U.S. Attorney
                                               U.S. Attorney's Office
                                               1801 California St., Ste. 1600
                                               Denver, CO 80202
                                               Telephone: 303-454-0200
                                               Fax: 303-454-0406
                                               E-mail: Martha.paluch@usdoj.gov
                                               Attorney for Government