IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00368-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE SCOTT McKIM,

    Defendant.

---

### ORDER REGARDING RESTITUION IN DEFERRED PROSECUTION AGREEMENT

---

The Court has been advised that Defendant George Scott McKim has entered into a Deferred Prosecution Agreement, dated **December 10, 2020**, with the United States Attorney's Office. A copy of the agreement is attached to this Order and is incorporated by reference.

The Deferred Prosecution Agreement includes a condition that Defendant George Scott McKim make restitution payments in the amount of **$250** by the 15th of each month to the Department of Veterans Affairs. The total amount due to the Department of Veteran Affairs is **$93,526.27.**

It is ORDERED that the Clerk of the Court shall accept and receive restitution payments from Defendant George Scott McKim and disburse them to the Department of Veterans Affairs, Debt Management Center, at 1 Federal Drive, St. Paul, MN  55111 in

2

accordance with the Deferred Prosecution Agreement and in the manner in which restitution payments are received and disbursed for criminal judgments.

_____  
RAYMOND P. MOORE  
United States District Court Judge

_____  
Signature of Judge

_____  
Date