# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: December 10, 2020 |
| Court Reporter: Tammy Hoffschildt (VTC) | Interpreter: n/a |
| Probation: n/a | |

**CASE NO.  20-cr-00368-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch (VTC) |
| Plaintiff, | |
| v. | |
| 1. GEORGE SCOTT MCKIM, | Mark Savoy (VTC) |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING – Video Teleconference (VTC)**
**COURT IN SESSION:      9:03 a.m.**

Appearances of counsel.   Defendant is on bond and present by VTC.

Discussion held regarding proceeding by VTC.   Upon questioning by the Court, the defendant, through counsel, consents to proceeding with this hearing by VTC.

Discussion held regarding the Joint Motion for Hearing to Accept Deferred Prosecution Agreement and Exclude Time under the Speedy Trial Act (Doc. 10) and the Stipulation for Entry of Deferral of Prosecution (Doc. 12).

**ORDERED:**  Counsel shall file annual joint status reports with the Court, due on December 10, 2021; December 10, 2022; and December 10, 2023.

Discussion held regarding the defendant's bond conditions.

**ORDERED:**  The defendant's conditions of release (Doc. 8) are orally amended by the Court to remove conditions of release 7(d) and 7(e), permitting the return of the defendant's passport.

Discussion held regarding the return of the defendant's passport.

The Court states findings.

**ORDERED:**  The Joint Motion for Hearing to Accept Deferred Prosecution Agreement and Exclude Time under the Speedy Trial Act (Doc. 10) is GRANTED as stated on the record, and the Court approves the Stipulation (Doc. 12).

Written orders shall issue as to the deferral of prosecution and restitution at the conclusion of this hearing.

**ORDERED:**  Bond is continued as orally amended.

**COURT IN RECESS:**      9:40 a.m.
**Total in court time:**       00:37
**Hearing concluded**