IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Action No. 20-cr-00368-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE SCOTT McKIM,

    Defendant.

___

## ORDER OF APPROVAL
___

    The Court hereby accepts the deferral of prosecution referenced in the Stipulation (the "Stipulation") set forth in ECF No. 12. The Court further finds that, pursuant to 18 U.S.C. § 3161(h)(2), the period of delay outlined in the Stipulation is excluded in computing the time within which the trial of offenses relating to this matter must commence. An Order Regarding Restitution in Deferred Prosecution Agreement, directing the Clerk of Court to receive the restitution payments due in this case, has issued this same date.

    DATED this 10th day of December, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge