**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Action No. 20-cr-00368-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE SCOTT McKIM,

    Defendant.

---

**ORDER REGARDING RESTITUTION IN
DEFERRED PROSECUTION AGREEMENT**

---

The Court has been advised that Defendant George Scott McKim has entered into a Deferred Prosecution Agreement, dated December 8, 2020, with the United States Attorney's Office. A copy of the agreement is attached to this Order and is incorporated by reference.

The Deferred Prosecution Agreement includes a condition that Defendant George Scott McKim make restitution payments in the amount of $250 by the 15th of each month to the Department of Veterans Affairs. The total amount due to the Department of Veteran Affairs is $93,526.27.

It is ORDERED that the Clerk of the Court shall accept and receive restitution payments from Defendant George Scott McKim and disburse them to the Department of Veterans Affairs, Debt Management Center, at 1 Federal Drive, St. Paul, MN 55111 in accordance with the

Deferred Prosecution Agreement and in the manner in which restitution payments are received and disbursed for criminal judgments.

DATED this 10th day of December, 2020.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge