**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-CR-00368-RM

UNITED STATES OF AMERICA,
    Plaintiff(s),

v.

GEORGE SCOTT McKIM,
    Defendant(s).

---

MOTION TO RELEASE PASSPORT

---

Defendant, GEORGE SCOTT McKIM, through his counsel, Mark Savoy, hereby submits this motion that the Court issue an order for the release of the defendant George Scott McKim's passport. The passport is in the possession of the Clerk of the Court.

Due to the defendant making all appearances, the defendant requests that the Court order the Clerk of the Court return George Scott McKim's passport.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1]. This motion was shown to Ms. Martha Paluch (U.S. Atty) on Friday March 26, 2021 and she stated that she had no objection to the motion.

---

[1] [**Note:** Local Civil Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion, and to describe the specific efforts to fulfill this duty. The duty to confer is not required, in certain exceptions.  See D.C.COLOLCivR 7.1(b)(1)-(4).]

Dated at Denver, CO, this 30th day March, 2021.

<u>s/ Mark Savoy (or Unrepresented Party)</u>
*Mark Savoy*
Colorado Legal Defense Group
4047 Tejon Street Denver, CO 80211
Tel: 720-900-0911    Direct: 303-222-0331
Fax: 303-253-9700
Email: mark@cldg.legal
Attorney for (Plaintiff/Defendant)

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2021 I sent a copy of the **MOTION TO RELEASE PASSPORT** to the following parties in the way described below each party's name:

Party Name: George Scott McKim
How Served: E-filed
Party Attorney's Name: Mark Savoy
Address: 4047 Tejon Street, Denver, CO 80211
Telephone Number:720-900-0911
Email Address:mark@cldg.legal

Party Name:_____
How Served:_____
Party Attorney's Name:_____
Address:_____
_____
Telephone Number:_____
Email Address:_____

                          *s/Sharice Konate*
                          Print Name: Sharice Konate
                          Address:4047 Tejon Street Denver, CO 80211
                          Telephone Number:720-900-0911
                          Email Address:sharice@cldg.legal