**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-CR-00368-RM

UNITED STATES OF AMERICA,
    Plaintiff(s),

v.

GEORGE SCOTT McKIM,
    Defendant(s).

---

ORDER RE: MOTION TO RELEASE PASSPORT

---

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety and it is so order.

IT IS SO ORDERED.

DATED, this_____day of _____, 20_____. BY THE COURT: _____ U.S. MAGISTRATE JUDGE