**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mark T. Savoy
   Colorado Legal Defense Group
   4047 Tejon Street
   Denver, CO 80211-2214

   9590 9402 5927 0049 4432 03

2. Article Number (Transfer from service label)

   7019 2970 0001 1984 5005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ■ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...Mail
   ☐ ...Mail Restricted Delivery
       )0)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ■ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $_____
☐ Return Receipt (electronic)         $_____    Postmark
☐ Certified Mail Restricted Delivery  $_____    Here
☐ Adult Signature Required            $_____
☐ Adult Signature Restricted Delivery $_____
Postage
$
Total
$
Sent
   Mark T. Savoy
   Colorado Legal Defense Group
Stree
   4047 Tejon Street
City,
   Denver, CO 80211-2214

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions