IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00368-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE SCOTT McKIM,

    Defendant.

_____

**ANNUAL JOINT STATUS REPORT
ON DEFERRED PROSECUTION AGREEMENT**
_____

On December 10, 2020, the Court issued an Order of Approval accepting the parties deferred prosecution agreement under which the government agreed to defer prosecution of Defendant George Scott McKim for a period of three years for purposes of allowing him to demonstrate his good conduct. ECF 17. The Deferred Prosecution Agreement included a condition that Defendant George Scott McKim make restitution payments in the amount of **$250** by the 15th of each month to the Department of Veterans Affairs. At the time the deferred prosecution agreement was entered, the total amount due to the Department of Veteran Affairs was **$93,526.27.**

The Court ordered that the parties submit to the Court Annual Joint Status Reports each year to report on the defendant's progress and compliance with the terms of the deferred prosecution agreement. The first such report is due December 10, 2021. ECF 14.

Government counsel has confirmed that the defendant is in compliance with his court-ordered restitution payments. To date, he has paid $3,000.00 towards his restitution obligation to the Department of Veteran Affairs. He has incurred no new law violations.

Absent a violation of the terms of the deferred prosecution agreement, the parties will file their next Annual Joint Status Report by December 10, 2022, as directed by the Court. ECF 15.

Respectfully submitted, this 7th day of December, 2021.

| MICHAEL BECKER, ESQ. | COLE FINEGAN |
| Counsel for Defendant McKim | United States Attorney |

By: *Michael Becker, Esq.*
MICHAEL BECKER
COLORADO LEGAL
DEFENSE GROUP, L.L.C.
4047 Tejon Street
Denver, CO 80211
Telephone: 303-222-0330
Fax: 303-222-0332
E-mail: michael@cldg.legal
Attorney for Defendant McKim

By: *Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Martha.paluch@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, that will send notification of such filing to all counsel of record.

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: martha.paluch@usdoj.gov