IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00368-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE SCOTT McKIM,

    Defendant.

_____

**ANNUAL JOINT STATUS REPORT
ON DEFERRED PROSECUTION AGREEMENT**
_____

On December 10, 2020, the Court issued an Order of Approval accepting the parties deferred prosecution agreement under which the government agreed to defer prosecution of Defendant George Scott McKim for a period of three years for purposes of allowing him to demonstrate his good conduct. ECF 17. The Deferred Prosecution Agreement included a condition that Defendant George Scott McKim make restitution payments in the amount of **$250** by the 15th of each month to the Department of Veterans Affairs. At the time the deferred prosecution agreement was entered, the total amount due to the Department of Veteran Affairs was **$93,526.27.**

The Court ordered that the parties submit to the Court Annual Joint Status Reports each year to report on the defendant's progress and compliance with the terms of the deferred prosecution agreement. The first such report was filed on December 7, 2021. ECF 24.

Government counsel has confirmed that the defendant is in compliance with his court-ordered restitution payments. To date, he has paid $6,000.00 towards his restitution obligation to the Department of Veteran Affairs. *See* Attachment 1. He has incurred no new law violations.

Absent a violation of the terms of the deferred prosecution agreement, the parties will file their final Annual Joint Status Report by December 10, 2023, as directed by the Court. ECF 15.

Respectfully submitted, this 5th day of December, 2022.

| | |
|---|---|
| MICHAEL BECKER, ESQ.<br>Counsel for Defendant McKim | COLE FINEGAN<br>United States Attorney |
| By: *Michael Becker, Esq.*<br>MICHAEL BECKER<br>COLORADO LEGAL<br>DEFENSE GROUP, L.L.C.<br>4047 Tejon Street<br>Denver, CO 80211<br>Telephone: 303-222-0330<br>Fax: 303-222-0332<br>E-mail: michael@cldg.legal<br>Attorney for Defendant McKim | By: *Martha A. Paluch*<br>MARTHA A. PALUCH<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1801 California St., Ste. 1600<br>Denver, CO 80202<br>Telephone: 303-454-0200<br>Fax: 303-454-0406<br>E-mail: Martha.paluch@usdoj.gov<br>Attorney for Government |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, that will send notification of such filing to all counsel of record.

                                          *s/ Martha A. Paluch*
                                          Martha A. Paluch
                                          Assistant U.S. Attorney
                                          U.S. Attorney's Office
                                          1801 California St., Ste. 1600
                                          Denver, CO 80202
                                          Telephone: 303-454-0100
                                          Fax:  303-454-0406
                                          E-mail:  martha.paluch@usdoj.gov