USA V GEORGE SCOTT McKIM,  
DCOX120CR000368 GEORGE MCKIM  
Party Code: 21PP015083  
Comments: *ORDER REGARDING RESTITUTION INDEFERRED PROSECUTION AGREEMENT*

Report Generated on: 11/28/2022:02:08PM  
Last Updated: 11/25/2022

Summary of Criminal Debts

| Debt Type | Case Number | Imposed | Collected | Outstanding |
|---|---|---|---|---|
| FEDERAL RESTITUTION with Interest | DCOX120CR000368001 | $93,526.27 | $6,000.00 | $87,526.27 |
| Totals | | $93,526.27 | $6,000.00 | $87,526.27 |

Detailed Records: Individual Payment History

| Date | Penalty Type | Case Number | Receipt | Paid |
|---|---|---|---|---|
| 11/15/2022 | FEDERAL RESTITUTION | DCOX120CR000368001 | P111522DCOX120CR0003680017 | $250.00 |
| 10/14/2022 | FEDERAL RESTITUTION | DCOX120CR000368001 | P101422DCOX120CR00036800111 | $250.00 |
| 9/14/2022 | FEDERAL RESTITUTION | DCOX120CR000368001 | P091422DCOX120CR0003680017 | $250.00 |
| 8/15/2022 | FEDERAL RESTITUTION | DCOX120CR000368001 | P081522DCOX120CR0003680019 | $250.00 |
| 7/15/2022 | FEDERAL RESTITUTION | DCOX120CR000368001 | P071522DCOX120CR00036800117 | $250.00 |
| 6/14/2022 | FEDERAL RESTITUTION | DCOX120CR000368001 | P061422DCOX120CR00036800126 | $250.00 |
| 5/17/2022 | FEDERAL RESTITUTION | DCOX120CR000368001 | P051722DCOX120CR00036800123 | $250.00 |
| 4/14/2022 | FEDERAL RESTITUTION | DCOX120CR000368001 | P041422DCOX120CR00036800112 | $250.00 |
| 3/15/2022 | FEDERAL RESTITUTION | DCOX120CR000368001 | P031522DCOX120CR00036800121 | $250.00 |
| 2/15/2022 | FEDERAL RESTITUTION | DCOX120CR000368001 | P021522DCOX120CR00036800125 | $250.00 |
| 1/14/2022 | FEDERAL RESTITUTION | DCOX120CR000368001 | P011422DCOX120CR00036800113 | $250.00 |
| 12/14/2021 | FEDERAL RESTITUTION | DCOX120CR000368001 | P121421DCOX120CR00036800117 | $250.00 |
| 11/15/2021 | FEDERAL RESTITUTION | DCOX120CR000368001 | P111521DCOX120CR00036800113 | $250.00 |
| 10/15/2021 | FEDERAL RESTITUTION | DCOX120CR000368001 | P101521DCOX120CR00036800123 | $250.00 |
| 9/19/2021 | FEDERAL RESTITUTION | DCOX120CR000368001 | P091921DCOX120CR00036800120 | $250.00 |
| 8/16/2021 | FEDERAL RESTITUTION | DCOX120CR000368001 | P081621DCOX120CR00036800120 | $250.00 |
| 7/17/2021 | FEDERAL RESTITUTION | DCOX120CR000368001 | P071721DCOX120CR00036800121 | $250.00 |
| 6/16/2021 | FEDERAL RESTITUTION | DCOX120CR000368001 | P061621DCOX120CR00036800133 | $250.00 |
| 5/15/2021 | FEDERAL RESTITUTION | DCOX120CR000368001 | P051521DCOX120CR00036800117 | $250.00 |
| 4/13/2021 | FEDERAL RESTITUTION | DCOX120CR000368001 | P041321DCOX120CR00036800112 | $250.00 |
| 3/15/2021 | FEDERAL RESTITUTION | DCOX120CR000368001 | P031521DCOX120CR00036800129 | $250.00 |
| 3/5/2021 | FEDERAL RESTITUTION | DCOX120CR000368001 | COXCCA21-COX098280 | $250.00 |
| 1/28/2021 | FEDERAL RESTITUTION | DCOX120CR000368001 | COXCCA21-COX097887 | $250.00 |
| 1/5/2021 | FEDERAL RESTITUTION | DCOX120CR000368001 | COXCCA21-COX097635 | $250.00 |
| Total Paid | | | | $6,000.00 |